**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 06-7462**

───────────────

RONNIE ORE,

                                    Plaintiff - Appellant,

        versus

CORRECTIONAL OFFICER PORTER,

                                    Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.    Robert G. Doumar, Senior
District Judge.  (2:06-cv-00315-RGD)

───────────────

Submitted: December 14, 2006      Decided:  December 21, 2006

───────────────

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Ronnie Ore, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Ore seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for failure to respond to the court's interrogatories designed to particularize his claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order that Ore seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED